UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

TOM SCOTT, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CLOSETMAID CORPORATION, a Florida Corporation; and defendant DOES 1 through 100, inclusive,

    Defendants.
_____/

NO. CIV. 09-521-WBS-KJM

<u>ORDER OF REMAND</u>

----oo0oo----

    Plaintiff moves to remand this action to the state court pursuant to 28 U.S.C. § 1447(c) upon the ground that removal was improper because defendant has failed to satisfy its burden of establishing the amount in controversy--not specified in the Complaint--meets the jurisdictional minimum. Because defendant has filed a notice of non-opposition to the motion, IT IS HEREBY ORDERED that plaintiff's motion to remand be, and the same hereby is, GRANTED, and this action is hereby REMANDED to the Superior

1 | Court of the State of California for the County of San Joaquin.
2 | DATED: April 23, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE